COX WOOTTON LERNER
GRIFFIN & HANSEN LLP
LYNN L. KRIEGER (SBN 209592)
SUSAN F. SHAPIRO (SBN 323613)
900 Front Street, Suite 350
San Francisco, California 94111
Telephone: (415) 438-4600
Facsimile: (415) 438-4601
lkrieger@cwlfirm.com; sshapiro@cwlfirm.com

BRIAN BOYNTON
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge
ERIC KAUFMAN-COHEN
Assistant Attorney in Charge
FRANK J. ANDERS
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Aviation & Admiralty Litigation
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
(415) 436-6630 (main)
(415) 436-6632 (fax)
Mike.underhill@usdoj.gov
Eric.Kaufman-Cohen@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### Oakland Division

| | |
|---|---|
| LORENZO OTIS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:21-CV-02472-HSG<br><br>**STIPULATION FOR INDEPENDENT MEDICAL EXAMINATION; ORDER**<br><br>Personal Injury)<br>[Jones Act 46 U.S.C. § 30104] |

The Parties to this action, plaintiff LORENZO OTIS ("Plaintiff") and defendant UNITED STATES OF AMERICA ("Defendant"), collectively referred to below as the "Parties" by and through their respective counsel of record, hereby stipulate that Plaintiff

will undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure. Said examination shall take place on **March 22, 2022 at 11:00 a.m.**, conducted by Clement K. Jones, M.D., P.C. in his offices located at 1199 Bush Street, Suite 640, San Francisco, California 94109, Telephone: (415) 563-6325.

The Parties stipulate to the items below:

1. This will be the only Defense Medical Examination ("DME") allowed in this matter.
2. The examiner will not require Plaintiff to sign any paperwork. Plaintiff will provide a photo ID for identification purposes if necessary.
3. The examiner will retain all handwritten notes, e-mails (sent and received, and all documents generated or received, including draft reports related to the examination).
4. No later than 30 days following the examination, the examiners will produce a copy of their entire file related to their respective exam, including any test for materials/raw data.
5. The examiners will forward a copy of the examination report to Plaintiff's counsel at the same time that the report is sent Defendant's counsel without delay, pursuant FRCP 35.
6. The examiners will accurately report the findings and test results.
7. To ensure accuracy of the report, Plaintiff may audio-record the examination.
8. The DME examiner can ask about the Plaintiff's general medical history, what happened in the subject incident (no liability type questions), what body parts were injured in the subject incident, whether he had prior injury to those specific body parts and treatment he received for injury sustained.
9. Plaintiff may have either his attorney present or a third-party nurse examiner present. Regardless of who attends with Plaintiff, the attendee will not ask any questions and will only observe the examination.

10. Neither defense counsel nor any of its representatives will attend the examination.

11. No x-rays or radiographs may be obtained during the examination, including, but not limited to, EMG, EEG, MRI, CT scans, etc.

12. Plaintiff will advise counsel for Defendant if he is unable to attend the exam as scheduled no fewer than five (5) days before. If Plaintiff cancels the exam fewer than five days before, he shall be responsible for Dr. Jones' late fee.

Dated: January 20, 2022

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
Attorneys for Defendant,
UNITED STATES OF AMERICA

By: _____
Susan F. Shapiro

Dated: January 20, 2022

LAW OFFICES OF LYLE C. CAVIN, JR.
Attorneys for Plaintiff
LAWRENCE BENJAMIN

By: _____
Lia T. Marks

**SIGNATURE CERTIFICATION**

I, Susan F. Shapiro, counsel of record for Defendant United States of America, hereby certify that the content of this document is acceptable to Lia T. Marks, counsel of record for Plaintiff Lorenzo Otis, and that I have obtained her authority to affix her electronic signature to this document.

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 Front Street, Suite 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

PATRIOT.Otis

-3-   Case No. 4:21-CV-02472-HSG
NOTICE OF INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF

## **ORDER**

The above Stipulation for Plaintiff's Independent Medical Examination pursuant to Rule 35 of the Federal Rules of Civil Procedure is hereby GRANTED.

IT IS SO ORDERED.

Dated: 1/26/2022

_____
DISTRICT JUDGE HAYWOOD S. GILLIAM, JR.

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 Front Street, Suite 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

PATRIOT.Otis

-4-
NOTICE OF INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF
Case No. 4:21-CV-02472-HSG